IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

EMANUEL BAKER and
JESSIE BAKER, his wife,

    Plaintiffs,

v.                      CASE NO.: 1:12cv246-SPM-GRJ

BELLSOUTH TELECOMMUNICATIONS,
LLC, a foreign corporation d/b/a
AT&T FLORIDA, and
OSMOSE UTILITIES SERVICES, INC.,
a foreign corporation,

    Defendants.
_____/

## ORDER AMENDING CAPTION

Upon consideration, Plaintiffs' Unopposed Motion to Change Party Name and Case Style (doc. 9) is granted. The caption on all pleadings, discovery and other documents requiring a caption hereinafter served or filed shall reflect the Defendant as Bellsouth Telecommunications, LLC d/b/a AT&T Florida. All references to AT&T Corp., AT&T Florida and AT&T in the pleadings filed prior to this order shall be read as referring to Bellsouth Telecommunications LLC d/b/a AT&T Florida.

SO ORDERED this 8th day of November, 2012.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge