IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

EMANUEL BAKER and
JESSIE BAKER, his wife,

    Plaintiffs,

v.        CASE NO.: 1:12cv246-SPM-GRJ

BELLSOUTH TELECOMMUNICATIONS,
LLC, a foreign corporation d/b/a
AT&T FLORIDA, and
OSMOSE UTILITIES SERVICES, INC.,
a foreign corporation,

    Defendants.
_____/

## ORDER STRIKING PORTIONS OF PLAINTIFFS' COMPLAINT

Upon consideration, Defendants' Unopposed Motion to Strike (doc. 6) is granted. Paragraphs 6, 7, 8 and 13 of Plaintiffs' complaint are stricken in their entirety. Additionally, the following portions of paragraphs 4 and 12 are stricken:

    4.    At all time material hereto, AT&T . . . is the largest communications holding company in the world. AT&T operates globally under the AT&T brand . . . .

    12.    . . . OSMOSE represents itself as a well-known and respected international company, a world leader in the manufacture of wood preservatives and a leading service provider safeguarding North American utility and railroad infrastructure.

SO ORDERED this 8th day of November, 2012.

                      *s/ Stephan P. Mickle*
                      Stephan P. Mickle
                      Senior United States District Judge